| | |
|---|---|
| 1 | Beth E. Terrell, CSB #178181 |
| | bterrell@tousley.com |
| 2 | TOUSLEY BRAIN STEPHENS PLLC |
| | 1700 Seventh Avenue, Suite 2200 |
| 3 | Seattle, Washington  98101 |
| | Telephone:  206.682.5600 |
| 4 | Facsimile:   206.682.2992 |
| 5 | *Attorneys for Plaintiff Dion LLC* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DION LLC, a limited liability company,

           Plaintiff,

v.

INFOTEK WIRELESS, INC., a California corporation; INFOTEK ASSOCIATES, INC., a Delaware corporation,

           Defendants.

NO. CV 07-01431 SBA

STIPULATION AND ORDER REGARDING DEFENDANTS' MOTION TO DISMISS

     WHEREAS Defendants InfoTek Wireless, Inc. and InfoTek Associates, Inc., filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) on May 9, 2007;

     WHEREAS Defendants agreed to strike their motion if Plaintiff agreed to amend its First Amended Complaint to more clearly state the basis for diversity jurisdiction; and

     WHEREAS Defendants have stricken their Motion to Dismiss.

## I.  STIPULATION

     COME NOW the parties and hereby stipulate and agree as follows:

     1.     Defendants stipulate and agree that Plaintiff may file a Second Amended Complaint, in substantial conformance with the form attached hereto as <u>Exhibit A</u>; and

     2.     Defendants stipulate and agree that they will file a responsive pleading within three (3) days of Plaintiff filing its Second Amended Complaint.

4476/002/205620.1

SO STIPULATED:

DATED this 30th day of June, 2007.

TOUSLEY BRAIN STEPHENS PLLC

By:  /s/ Beth E. Terrell, CSB #178181
 Beth E. Terrell, CSB #178181
 Email: bterrell@tousley.com
 1700 Seventh Avenue, Suite 2200
 Seattle, Washington  98101
 Telephone: (206) 682-5600
 Facsimile: (206) 682-2992

*Attorneys for Plaintiff*

DATED this 30th day of June, 2007.

TAGGART & HAWKINS

By:  /s/ William E. Taggart, Jr., CSB #41134
 William E. Taggart, Jr., CSB #41134
 Email: wetaggart@tagghawk.com
 1901 Harrison Street, Suite 1600
 Oakland, California  94612
 Telephone:  (510) 893-9999
 Facsimile:  (510) 893-9980

*Attorney for Defendants*

## II.  ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this _14th day of June 2007.

_____
UNITED STATES DISTRICT JUDGE

4476/002/205620.1